UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-06-0124-LRS |
| vs. | Order Of Dismissal With Prejudice |
| ABEL MENDOZA, | |
| Defendant. | |

Leave of court is granted for the filing of the foregoing dismissal with prejudice. The court makes no judgment as to merit or wisdom of this dismissal.

DATED this 31st day of March, 2010.

*s/Lonny R. Suko*
_____
Lonny R. Suko
Chief United States District Judge

Order Of Dismissal With Prejudice - 1